HOWARD CONVERTERS, INC., Respondent, v. FRENCH ART MILL, INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHARLES T. WILLS, INC., for an Order Directing that an Arbitration Proceed between the Said CHARLES T. WILLS, INC., and SHEFFIELD FARMS COMPANY, INC. SHEFFIELD FARMS COMPANY, INC., Appellant; CHARLES T. WILLS, INC., Respondent.— Order, so far as appealed from, unanimously modified by striking therefrom the paragraph numbered 1, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, and the motion to that extent denied, on the ground that the agreement for arbitration between the parties does not include a claim for damages due to delay. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. IRENE MILINKOVITCH, Creditor, Appellant; NATIONAL BONDHOLDERS CORPORATION and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents, Superintendent of Insurance, as liquidator, etc., and National Bondholders Corporation and its subsidiaries, against appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PETER CARBONELLO, as Administrator, etc., of PHYLLIS CARBONELLO, Deceased, Appellant, v. ROMA DOLL COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously modified by denying the motion to vacate items 9 and 16, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MORRIS PIERCE PALEY.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE CITY OF NEW YORK v. NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

DOROTHY A. REDMOND, as Stockholder and on Behalf of All Other Stockholders of OLNEY HOLDING COMPANY, No. 1, INC., in Like Situation and on Behalf of OLNEY HOLDING COMPANY, No. 1, INC., v. OLNEY HOLDING COMPANY, No. 1, INC., Impleaded with ALAN FOX.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DOROTHY A. REDMOND, as Stockholder and on Behalf of All Other Stockholders of OLNEY HOLDING COMPANY, No. 1, INC., in Like Situation and on Behalf of OLNEY HOLDING COMPANY, No. 1, INC., v. OLNEY HOLDING COMPANY, No. 1, INC., Impleaded with ALAN FOX.— Motion for a stay denied and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., for an Order, etc., and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.